**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> MANUEL VILLEGAS-YBARRA ) <br> ) | Docket No: 1:05CR00137-001 |

On August 10, 2009, the above-named was placed on Supervised Release for a period of 3 years. The probationer/supervisee has complied with the rules and regulations of Probation/Supervised Release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervisee be discharged from supervision.

                              Respectfully submitted,

                              /s/ Thomas A. Burgess

                            **THOMAS A. BURGESS**
              **Supervising United States Probation Officer**

Dated:        June 24, 2013
                Bakersfield, California
                TAB:dk

PROB 35 (ED/CA)
(Rev. 5/01)

**Re:** Manuel VILLEGAS-YBARRA
**Docket No.:** 1:05CR00137-01
**REPORT AND ORDER TERMINATING
PROBATION/SUPERVISED RELEASE**

---

## ORDER OF COURT

Pursuant to the above report, it is ordered that the releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

Dated:   June 24, 2013

_____
SENIOR  DISTRICT  JUDGE

Rev. 12/2012
EARLY TERMINATION ~ ORDER (PROB35).WPD